The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HDT BIO CORP., <br><br> Plaintiff, <br><br> v. <br><br> EMCURE PHARMACEUTICALS, <br><br> Defendant. | Civil Action No. 2:22-CV-00334-JLR <br><br> **ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES RELATED TO DEFENDANT'S MOTION TO DISMISS** <br><br> [PROPOSED] |

Based upon the Stipulated Motion to Extend Briefing Deadlines related to Defendant's Motion to Dismiss, it is hereby:

**ORDERED,** that the time for Plaintiff to file an opposition to Defendant's Motion to Dismiss is extended to June 22, 2022, and the time for Defendant to file any reply brief to Plaintiff's opposition is extended to July 6, 2022.

DATED this 25th day of May, 2022.

The Honorable James L. Robart
United States District Judge

1 | Presented by:

2 | STOKES LAWRENCE, P.S.

3 | By: /s/ Mathew L. Harrington
Mathew L. Harrington, WSBA No. 33276
4 | 1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2392
5 | mathew.harrington@stokeslaw.com
6 | *Attorneys for Plaintiff HDT Bio Corp.*

7 | STRIS & MAHER, LLP

8 | By: /s/ Dana Berkowitz
Dana Berkowitz, Bar No. 303094
9 | By: /s/ Peter K. Stris
Peter K. Stris, Bar No. 216226
10 | By: /s/ Kenneth J. Halpern
Kenneth J. Halpern, Bar No. 187663
11 | By: /s/ John Stokes
12 | John Stokes, Bar No. 90017
777 S. Figueroa St., Suite 3850
13 | Los Angeles, CA 90017
dberkowitz@stris.com
14 | pstris@stris.com
khalpern@stris.com
15 | jstokes@stris.com
16 | *Attorneys for Plaintiff HDT Bio Corp.*

17 | CORR CRONIN LLP

18 | By: /s/ Steven W. Fogg
19 | Steven W. Fogg, WSBA No. 23528
1001 Fourth Avenue, Suite 3900
20 | Seattle, Washington 98514
sfogg@corrcronin.com
21 | *Attorneys for Defendant Emcure Pharmaceuticals*

22 | BLANK ROME, LLP

23 |
By: /s/ Michael A. Iannucci
24 | Michael A. Iannucci, Bar No. 206169
By: /s/ M. David Tambussi
25 | M. David Tambussi, Bar No. 330950
By: /s/ Christopher Cody Wilcoxson
26 | Christopher Cody Wilcoxon, Bar No. 325872
27 | One Logan Square
130 North 18th Street

Philadelphia, PA 19103
michael.iannucci@blankrome.com
david.tambussi@blankrome.com
cody.wilcoxson@blankrome.com
*Attorneys for Defendant Emcure Pharmaceuticals*