THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HDT BIO CORP., <br><br> Plaintiff, <br><br> v. <br><br> EMCURE PHARMACEUTICALS, LTD., <br><br> Defendant. | No. 2:22-cv-00334-JLR <br><br> **ORDER GRANTING THE PARTIES EXTENSION TO COMPLETE JURISDICTIONAL DISCOVERY** <br><br> [~~PROPOSED~~]   JLR |

**THIS MATTER** comes before the Court on Defendant Emcure Pharmaceuticals Ltd.'s and Plaintiff HDT Bio Corp.'s Joint Motion to Extend the Jurisdictional Discovery Deadline ("the Joint Motion"), and the Court having reviewed the Joint Motion, now therefore

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the deadline to complete jurisdictional discovery is extended until January 31, 2023. If necessary, HDT may then file an amended complaint on

or before February 28, 2023, following which, Emcure may either answer or renew its motion to dismiss by March 15, 2023.

Dated this 20th day of October, 2022.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

CORR CRONIN LLP

*/s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com

Michael A. Iannucci *(Admitted Pro Hac Vice)*
M. David Tambussi *(Admitted Pro Hac Vice)*
Christopher Cody Wilcoxson *(Admitted Pro Hac Vice)*
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
(215) 569-5500 Phone
(215) 569-5555 Fax
michael.iannucci@blankrome.com
david.tambussi@blankrome.com
cody.wilcoxson@blankrome.com
*Attorneys for Defendant Emcure Pharmaceuticals Ltd.*

Mathew L. Harrington, WSBA No. 33276
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA  98101

1  mathew.harrington@stokeslaw.com
   *Attorneys for Plaintiff*

2

3  Peter K. Stris (*admitted Pro Hac Vice*)
   Dana Berkowitz (*admitted Pro Hac Vice*)
   Kenneth J. Halpern (*admitted Pro Hac Vice*)
4  John Stokes (*admitted Pro Hac Vice*)
   STRIS & MAHER LLP
5  777 S. Figueroa St., Suite 3850
   Los Angeles, CA 90017
6  pstris@stris.com
7  dberkowitz@stris.com
   khalpern@stris.com
8  jstokes@stris.com
   *Attorneys for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING THE PARTIES EXTENSION TO COMPLETE
JURISDICTIONAL DISCOVERY – Page 3
No. 2:22-cv-00334-JLR