CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HDT BIO CORP., | CASE NO. C22-0334JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EMCURE PHARMACEUTICALS, LTD., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Plaintiff HDT Bio Corp.'s unopposed motion for issuance of letters rogatory pursuant to Federal Rule of Civil Procedure 28(b)(3) and 28 U.S.C. § 1781(b)(2) (Dkt. # 73) is GRANTED.  The signed letters rogatory will be filed as a separate document on the docket.

//

MINUTE ORDER - 1

Filed and entered this  24th  day of October, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2