THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HDT BIO CORP., <br><br> Plaintiff, <br><br> v. <br><br> EMCURE PHARMACEUTICALS LTD., <br><br> Defendant. | Civil Action No. 2:22-CV-00334-JLR  **JLR**<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF HDT BIO CORP.'S UNOPPOSED MOTION TO EXTEND THE JURISDICTIONAL DISCOVERY DEADLINE <br><br> **NOTE ON MOTION CALENDAR:** <br> **January 24 2023** |

Upon consideration of Plaintiff HDT Bio Corp.'s Unopposed Motion to Extend the Jurisdictional Discovery Deadline:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

The Court, having reviewed the submitted material and relevant authority, and being fully informed, GRANTS HDT Bio Corp.'s Unopposed Motion to Extend The Jurisdictional Discovery Deadline for good cause shown.  The jurisdictional discovery deadline for conducting depositions is extended to May 1, 2023.

IT IS SO ORDERED.

DATED this  25th  day of  January , 2023.

*/s/ James L. Robart*
_____
The Honorable James L. Robart
United States District Judge

1  Presented by:

2  STOKES LAWRENCE, P.S.

3  By: */s/ Mathew L. Harrington*
   Mathew L. Harrington, WSBA No. 33276
4  1420 Fifth Avenue, Suite 3000
5  Seattle, WA 98101-2392
   mathew.harrington@stokeslaw.com
6  *Attorneys for Plaintiff HDT Bio Corp.*

7  STRIS & MAHER, LLP

8  By: */s/ Dana Berkowitz*
   Dana Berkowitz, Bar No. 303094
9  By: */s/ Peter K. Stris*
   Peter K. Stris, Bar No. 216226
10 By: */s/ Kenneth J. Halpern*
   Kenneth J. Halpern, Bar No. 187663
11 By: */s/ John Stokes*
12 John Stokes, Bar No. 90017
   777 S. Figueroa St., Suite 3850
13 Los Angeles, CA 90017
   dberkowitz@stris.com
14 pstris@stris.com
   khalpern@stris.com
15 jstokes@stris.com
16 *Attorneys for Plaintiff HDT Bio Corp.*

17

18

19

20

21

22

23

24

25

26

27

[~~PROPOSED~~] ORDER GRANTING HDT BIO CORP.'S UNOPPOSED
MOTION TO EXTEND THE JURISDICTIONAL DISCOVERY
DEADLINE- 2