THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HDT BIO CORP., | Civil Action No. 2:22-CV-00334-JLR |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF HDT BIO CORP.'S UNOPPOSED MOTION TO EXTEND THE JURISDICTIONAL DISCOVERY DEADLINE |
| v. | |
| EMCURE PHARMACEUTICALS LTD., | |
| Defendant. | NOTE ON MOTION CALENDAR: April 27, 2023 |

JLR

Upon consideration of Plaintiff HDT Bio Corp.'s Unopposed Motion to Extend the Jurisdictional Discovery Deadline:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

The Court, having reviewed the submitted material and relevant authority, and being fully informed, GRANTS HDT Bio Corp.'s Unopposed Motion to Extend the Jurisdictional Discovery Deadline for good cause shown. The jurisdictional discovery deadline for conducting depositions is extended to July 3, 2023.

IT IS SO ORDERED.

DATED this  28th  day of   April  , 2023.

*[signature: James L. Robart]*

The Honorable James L. Robart
United States District Judge

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF HDT BIO CORP.'S UNOPPOSED MOTION TO EXTEND THE JURISDICTIONAL DISCOVERY DEADLINE (2:22-CV-00334-JLR) - 1

STRIS & MAHER LLP
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
(213) 995-6800

Presented by:

**STOKES LAWRENCE, P.S.**

By: */s/ Mathew L. Harrington*
Mathew L. Harrington, WSBA #33276
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2392
mathew.harrington@stokeslaw.com
*Attorney for Plaintiff HDT Bio Corp.*

**STRIS & MAHER LLP**

By: */s/ Peter K. Stris*
Peter K. Stris, Bar No. 216226
By: */s/ Dana Berkowitz*
Dana Berkowitz, Bar No. 303094
By: */s/ Kenneth J. Halpern*
Kenneth J. Halpern, Bar No. 187663
By: */s/ John Stokes*
John Stokes, Bar No. 90017
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
Phone (213) 995-6800
Fax (213) 261-0299
pstris@stris.com
dberkowitz@stris.com
khalpern@stris.com
jstokes@stris.com
*Attorneys for Plaintiff HDT Bio Corp.*

[PROPOSED] ORDER GRANTING PLAINTIFF HDT BIO CORP.'S UNOPPOSED MOTION TO EXTEND THE JURISDICTIONAL DISCOVERY DEADLINE (2:22-CV-00334-JLR) - 2

STRIS & MAHER LLP
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
(213) 995-6800