THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

HDT BIO CORP.,

    Plaintiff,

v.

EMCURE PHARMACEUTICALS LTD.,

    Defendant.

No. 2:22-cv-00334-JLR

JLR

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO HDT BIO CORP.'S MOTION TO COMPEL DEPOSITIONS**

[~~PROPOSED~~]

Based upon Defendant Emcure Pharmaceuticals Ltd.'s Unopposed Motion to Extend Briefing Deadlines Related to Plaintiff HDT Bio Corp.'s Motion to Compel Depositions, it is hereby:

**ORDERED**, that the time for Defendant to file an opposition to Plaintiff's Motion to Compel Depositions is extended to May 30, 2023. Plaintiff shall file its reply brief to Defendant's opposition by June 6, 2023.

DATED this __14th__ day of _____May_____, 2023.

_/s/ James L. Robart_
The Honorable James L. Robart
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO HDT BIO CORP.'S MOTION TO COMPEL DEPOSITIONS (No. 2:22-cv-00334-JLR) – Page 1

Presented by:

CORR CRONIN LLP

*/s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, Washington 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com

Michael A. Iannucci *(Admitted Pro Hac Vice)*
Alan M. Freeman *(Admitted Pro Hac Vice)*
Christopher Cody Wilcoxson *(Admitted Pro Hac Vice)*
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500 Phone
(215) 569-5555 Fax
michael.iannucci@blankrome.com
alan.freeman@blankrome.com
cody.wilcoxson@blankrome.com

*Attorneys for Defendant Emcure Pharmaceuticals Ltd.*

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES RELATED TO HDT BIO CORP.'S MOTION TO COMPEL DEPOSITIONS (No. 2:22-cv-00334-JLR) – Page 2