THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HDT BIO CORP.,<br><br>      Plaintiff,<br><br> v.<br><br>EMCURE PHARMACEUTICALS, LTD.,<br><br>      Defendant. | No. 2:22-cv-00334-JLR  **JLR**<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT |

  Pursuant to LCR 83.2, Michael A. Iannucci, Alan M. Freeman, Christopher Cody Wilcoxson, David Tambussi and Blank Rome LLP moved this Court for leave to withdraw as counsel for Defendant.

  It is hereby ORDERED that the motion for leave to withdraw (Dkt. # 121) is GRANTED.

  IT IS SO ORDERED.

  DATED this 26th day of June, 2023.

*/s/ James L. Robart*

Honorable James L. Robart
United States District Court Judge