1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HDT BIO CORP.,<br><br>               Plaintiff,<br>    v.<br><br>EMCURE PHARMACEUTICALS, LTD.,<br><br>               Defendant. | CASE NO. C22-0334JLR<br><br>ORDER |

Before the court is Plaintiff HDT Bio Corp.'s ("HDT") motion to seal its first amended complaint. (Mot. (Dkt. # 131).) HDT states that portions of its first amended complaint contain information that was produced and designated by Defendant Emcure Pharmaceuticals, Ltd. ("Emcure") as "'Confidential' and/or 'Attorney Eyes Only'" under the terms of the protective order entered in this case. (*Id.* at 2; *see also* Am. Compl. (Dkt. ## 133 (sealed), 132 (redacted)).) HDT takes "no position on the merits" of the motion to seal and states that it was obligated to bring the motion under the parties' protective

ORDER - 1

order. (Mot. at 2.) In response, Emcure states that "the excerpts, allegations, and characterizations identified in the Motion and redacted from the FAC are not confidential and can be publicly filed." (Resp. (Dkt. # 134) at 2.)

Accordingly, in light of Emcure's representations, the court DENIES as moot HDT's motion to seal its first amended complaint (Dkt. # 131) and DIRECTS the Clerk to unseal HDT's first amended complaint (Dkt. # 133).

Dated this 18th day of September, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2