The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HDT BIO CORP.,

Plaintiff,

v.

EMCURE PHARMACEUTICALS, LTD.,

Defendant

Case No. 2:22-cv-00334-JLR

**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND DEADLINES REGARDING PLAINTIFF'S MOTION TO SEAL AND MOTION TO COMPEL DOCUMENT**

~~**[PROPOSED]**~~

**THIS MATTER** comes before the Court on Plaintiff HDT Bio Corp. and Defendant Emcure Pharmaceuticals Ltd.'s Stipulated Motion To Extend Deadlines Regarding Plaintiff HDT Bio Corp.'s Motion To Seal And Motion To Compel Document (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion, orders as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the deadline for Defendant Emcure to respond to the motions is extended until November 6, 2023 and the deadline for Plaintiff HDT to reply in support of the motions is extended to November 10, 2023.

DATED this 27th day of October, 2023.

Honorable James L. Robart
United States District Judge

Presented by:

By: */s/ Mathew L. Harrington*
Mathew L. Harrington, WSBA No. 33276
Justo Gonzalez, WSBA No. 39127
**STOKES LAWRENCE, P.S.**
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2392
Telephone: 206-626-6000
mathew.harrington@stokeslaw.com
jgg@stokeslaw.com

By: */s/ Dana Berkowitz*
Dana Berkowitz (*admitted Pro Hac Vice*)
John Stokes (*admitted Pro Hac Vice*)
Kenneth J. Halpern (*admitted Pro Hac Vice*)
Peter K. Stris (*admitted Pro Hac Vice*)
**STRIS & MAHER LLP**
777 S Figueroa St., Ste. 3850
Los Angeles, CA 90017
dberkowitz@stris.com
jstokes@stris.com
khalpern@stris.com
pstris@stris.com

Attorneys for Plaintiff HDT Bio Corp.

By */s/ Amanda J. Beane*
James Sanders, WSBA No. 24565
Amanda J. Beane, WSBA No. 33070
Eric B. Wolff, WSBA No. 43047
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
JSanders@perkinscoie.com
ABeane@perkinscoie.com
EWolff@perkinscoie.com

Attorneys for Defendant Emcure Pharmaceuticals, Ltd.