THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HDT BIO CORP.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EMCURE PHARMACEUTICALS LTD.,<br><br>　　　　Defendant. | Civil Action No. 2:22-CV-00334-JLR<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON EMCURE'S MOTION FOR ATTORNEY FEES<br><br>~~[PROPOSED]~~ |

**THIS MATTER** comes before the Court on Plaintiff HDT Bio Corp. and Defendant Emcure Pharmaceutical Ltd.'s Stipulated Motion to Extend Briefing Schedule on Emcure's Motion for Attorney Fees (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion, orders as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the deadline for HDT to file its opposition to Emcure's motion for attorney fees is January 22, 2024. Emcure may file its reply on or before February 5, 2024.

DATED this __22nd__ day of December, 2023.

_____
Honorable James L. Robart
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE ON EMCURE'S MOTION FOR ATTORNEY FEES
(2:22-CV-00334-JLR)

STRIS & MAHER LLP
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
(213) 995-6800

**Presented by:**

STOKES LAWRENCE, P.S.

By: */s/ Mathew Harrington*_____
Mathew L. Harrington, WSBA #33276
Justo Gonzalez, WSBA #39127
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2392
mathew.harrington@stokeslaw.com
justo.gonzalez@stokeslaw.com

Peter K. Stris
Dana Berkowitz
Kenneth J. Halpern
John Stokes
Stris & Maher, LLP
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
pstris@stris.com
dberkowitz@stris.com
khalpern@stris.com
jstokes@stris.com

*Attorneys for Plaintiff HDT Bio Corp.*

PERKINS COIE LLP

By: */s/ James Sanders*_____
James Sanders, WSBA No. 24565
Amanda J. Beane, WSBA No. 33070
Eric B. Wolff, WSBA No. 43047
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
jsanders@perkinscoie.com
abeane@perkinscoie.com
ewolff@perkinscoie.com

Steven W. Fogg
Todd Williams
Corr Cronin, LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
sfogg@corrcronin.com
twilliams@corrcronin.com

*Attorneys for Defendant Emcure Pharmaceuticals LTD.*

STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE
ON EMCURE'S MOTION FOR ATTORNEY FEES
 (2:22-CV-00334-JLR) - 2

STRIS & MAHER LLP
777 S Figueroa Street, Suite 3850
Los Angeles, California 90017
(213) 995-6800